IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Elkins-Butt, Valda J

Printed: 5/13/08

Case Number: 04 B 35801
Judge: Goldgar, A. Benjamin
Filed: 9/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: May 9, 2008
Confirmed: November 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 22,185.00 |  |
| Secured: |  | 7,751.61 |
| Unsecured: |  | 8,664.86 |
| Priority: |  | 2,638.00 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 1,136.53 |
| Other Funds: |  | 0.00 |
| Totals: | 22,185.00 | 22,185.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 1,994.00 | 1,994.00 |
| 2. | Fairlane Credit L.L.C. | Secured | 7,751.61 | 7,751.61 |
| 3. | Internal Revenue Service | Priority | 688.00 | 688.00 |
| 4. | Leonard P Gibeautt | Priority | 1,950.00 | 1,950.00 |
| 5. | Fairlane Credit L.L.C. | Unsecured | 680.17 | 4,166.53 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 140.00 | 857.71 |
| 7. | A All Payday Loan Company Inc | Unsecured | 79.02 | 0.00 |
| 8. | Almir Sakanovic | Unsecured | 533.90 | 3,270.91 |
| 9. | Premier Bankcard | Unsecured | 59.17 | 362.50 |
| 10. | Internal Revenue Service | Unsecured | 1.18 | 7.21 |
| 11. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 12. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Gloria Smith | Unsecured |  | No Claim Filed |
| 15. | Prime Co | Unsecured |  | No Claim Filed |
| 16. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 17. | Luna Carpeting & Blinds | Unsecured |  | No Claim Filed |
| 18. | Steve Olzewski | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,877.05 | $ 21,048.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 211.77 |
| 4% | 86.88 |
| 3% | 76.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Elkins-Butt, Valda J

Printed: 5/13/08

Case Number: 04 B 35801
Judge: Goldgar, A. Benjamin
Filed: 9/27/04

|      |        |
|------|--------|
| 5.5% | 170.17 |
| 5%   | 165.00 |
| 4.8% |  93.07 |
| 5.4% | 333.62 |
|      | _____ |
|      | $ 1,136.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

